IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MELISSA JANE HAYES, as PERSONAL
REPRESENTATIVE/SPECIAL ADMINISTRATOR
of the ESTATE OF WILLIAM J. BECK, deceased　　　　　　　PLAINTIFF

v.　　　　　　　　　　　　Case No. 4:21-cv-00621-JM

VAN BUREN COUNTY, ARKANSAS; VAN BUREN
COUNTY SHERIFF'S DEPARTMENT; VAN BUREN
COUNTY SHERIFF LUCAS EMBERTON, in his individual
and official capacity; VAN BUREN COUNTY SHERIFF'S
DEPUTY DAVID PERKEY, in his individual and official
capacity; and VAN BUREN COUNTY SHERIFF'S DEPUTY
BREEZIE MERRIOTT, in her individual and official capacity　　　DEFENDANTS

## ORDER

After failing to respond to a motion to dismiss, Plaintiff was ordered to file a status report by Monday, February 7, 2022 or face dismissal for failure to prosecute. Plaintiff has not filed a status report, and the Court has received no communication from Plaintiff. Therefore, this case is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(b).

Dated this 14th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE