IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MELISSA JANE HAYES, as PERSONAL
REPRESENTATIVE/SPECIAL ADMINISTRATOR
of the ESTATE OF WILLIAM J. BECK, deceased                     PLAINTIFF

v.                         Case No. 4:21-cv-00621-JM

VAN BUREN COUNTY, ARKANSAS; VAN BUREN
COUNTY SHERIFF'S DEPARTMENT; VAN BUREN
COUNTY SHERIFF LUCAS EMBERTON, in his individual
and official capacity; VAN BUREN COUNTY SHERIFF'S
DEPUTY DAVID PERKEY, in his individual and official
capacity; and VAN BUREN COUNTY SHERIFF'S DEPUTY
BREEZIE MERRIOTT, in her individual and official capacity       DEFENDANTS

## ORDER

Pursuant to the order entered today, this case is dismissed with prejudice.

Dated this 14th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE